**United States District Court**
For the Northern District of California

1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   *In re Malibu Media Copyright Litigation*      **ORDER CONTINUING CASE**
11                                                  **MANAGEMENT CONFERENCE**

No. C 15-04108 WHA
No. C 15-04112 WHA
No. C 15-04152 WHA
No. C 15-04154 WHA
No. C 15-04159 WHA
No. C 15-04160 WHA
No. C 15-04170 WHA
No. C 15-04173 WHA
No. C 15-04174 WHA
No. C 15-04175 WHA
No. C 15-04176 WHA
No. C 15-04195 WHA
No. C 15-04243 WHA
No. C 15-04244 WHA
No. C 15-04246 WHA
No. C 15-04248 WHA
No. C 15-04280 WHA
No. C 15-04287 WHA
No. C 15-04289 WHA
No. C 15-04291 WHA
No. C 15-04430 WHA
No. C 15-04441 WHA
No. C 15-04442 WHA
No. C 15-04443 WHA
No. C 15-05383 WHA
No. C 15-05384 WHA
No. C 15-05385 WHA
No. C 15-05386 WHA
No. C 15-05387 WHA
No. C 15-05388 WHA
No. C 15-05389 WHA
No. C 15-05391 WHA
No. C 15-05394 WHA
No. C 15-05395 WHA
No. C 15-05397 WHA
No. C 15-05398 WHA

|   |   |
|---|---|
| 1 | No. C 15-05399 WHA |
| 2 | No. C 15-05400 WHA |
|   | No. C 15-05401 WHA |
| 3 | No. C 15-05402 WHA |
|   | No. C 15-05403 WHA |
| 4 | No. C 15-05404 WHA |
|   | No. C 15-05405 WHA |
| 5 | No. C 15-05406 WHA |
|   | No. C 15-05407 WHA |
| 6 | No. C 15-05408 WHA |
|   | No. C 15-05409 WHA |
| 7 | No. C 15-05410 WHA |
|   | No. C 15-05411 WHA |
| 8 | No. C 15-05412 WHA |
|   | No. C 15-05413 WHA |

      /

The case management conferences in the above-captioned matters scheduled for March 3 at 11:00 a.m. are hereby **CONTINUED** to **MARCH 10 AT 11:00 A.M.** The parties shall please submit a joint case management statement **SEVEN CALENDAR DAYS** prior to the case management conference.

Dated:   February 5, 2016.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE